| | |
|---|---|
| 1  CAROL C. LAM<br>   United States Attorney<br>2  WILLIAM M. NARUS<br>   Assistant U.S. Attorney<br>3  California State Bar No. 243633<br>   United States Courthouse<br>4  880 Front Street, Room 6293<br>   San Diego, California 92101-8893<br>5  Telephone: (619) 557-6219<br>   Facsimile: (619) 557-7055<br>6  William.Narus@usdoj.gov<br>7  Attorneys for Plaintiff<br>   United States of America | **FILED**<br>FEB 1 2 2007<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY           DEPUTY |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>MARIA GUADALUPE<br>     ARANDA-MARTINEZ,<br><br>             Defendant. | Criminal Case No. 06CR0722-L<br><br>DATE: February 12, 2007<br>TIME: 2:00 p.m.<br><br><u>JUDGMENT ON DEFAULT</u> |

Defendant MARIA GUADALUPE ARANDA-MARTINEZ failed to appear on July 31, 2006, and answer the charge of the plaintiff, UNITED STATES OF AMERICA, against her. Therefore, the cash bond posted in the above-entitled matter on April 7, 2006, was and is forfeited. A motion for judgment on default was made by plaintiff, UNITED STATES OF AMERICA, by and through its attorneys, Carol C. Lam, United States Attorney, and William M. Narus, Assistant United States Attorney, and after due notice of said motion having been served on all parties herein, including the clerk of the court as agent for the obligors on the bond, the defendant, MARIA GUADALUPE ARANDA-MARTINEZ, and the surety, Adriana Luz Aranda-Martinez:

//

//

//

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff, UNITED STATES OF AMERICA, does have and recovers from defendant MARIA GUADALUPE ARANDA-MARTINEZ, and surety Adriana Luz Aranda-Martinez, the cash bond in the amount of $15,000 posted on April 12, 2006.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the sum of $15,000 in cash now on deposit in the registry of this Court as part of the bond in this matter be paid to the clerk of the court; and that upon receipt of same, by him/her, the sum of $15,000 shall be credited by the clerk of the court in full satisfaction of the within judgment against defendant.

DATED: 2/12/07

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE