```
 1  KAREN P. HEWITT
    United States Attorney
 2  LEAH R. BUSSELL
    Assistant U. S. Attorney
 3  California State Bar No. 141400
    Office of U.S. Attorney
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101-8893
    Telephone: (619) 557-6181
 6
 7  Attorneys for Plaintiff
    United States of America
```

FILED

2007 MAR -6  AM 11: 22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal No. 06CR0722-L |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO CLOSE AND RELEASE OF FUNDS HELD IN INTEREST-BEARING ACCOUNT |
| MARIA GUADALUPE, ARANDA-MARTINEZ, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING THEREFORE;

IT IS HEREBY AND ORDER that the Clerk of the Court release the amount of $15,000, plus interest from the interest bearing account in the above entitled case at Bank of America account number 3755001995. Said funds shall be transferred and applied to the Judgment on Default entered on February 14, 2007.

The Clerk shall furnish a copy of the ledger record of the transfer to the United States Attorney's Office, Financial Litigation Unit.

///

///

///

///

LRB:lap:2007z00231

06CR0722-L

IT IS ORDERED that a copy of this Order shall be personally served on the Clerk of the Court of his Chief Deputy. Absent the aforesaid service, the Clerk is hereby relieved of any personal liability relative to compliance with this order.

IT IS FURTHER ORDERED that the Clerk is authorized to deduct ten percent of the earned interest, as authorized by the Judicial Conference of the United States.

SO ORDERED.

DATED: 3/2/07

M. JAMES LORENZ
UNITED STATES DISTRICT JUDGE

06CR0722-L